**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ROBERT NICKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 1:17-cv-00686-JMS-MPB |
| | ) |
| **ALLISON TRANSMISSION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The Court, having reviewed the proposed Stipulation of Dismissal, hereby dismisses this cause against Defendant Allison Transmission, Inc., with prejudice, with the Parties to bear their own costs, attorneys' fees and expenses.

Date: 6/15/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution:**

Robert Nickson
2828 Wooded Glen Court
Indianapolis, IN 46268

Served electronically on all ECF-registered counsel of record.